## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dodd, Kimberly A

Printed: 02/24/09

Case Number: 05 B 07988
Judge: Hollis, Pamela S
Filed: 3/7/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed:  January 23, 2009
Confirmed:  April 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,350.02 |  |
| Secured: |  | 8,235.95 |
| Unsecured: |  | 780.22 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,394.00 |
| Trustee Fee: |  | 634.73 |
| Other Funds: |  | 305.12 |
| Totals: | 12,350.02 | 12,350.02 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,394.00 | 2,394.00 |
| 2. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 7,663.29 | 7,663.29 |
| 4. | Balaban Furniture Ltd | Secured | 572.66 | 572.66 |
| 5. | Nationwide Acceptance Corp | Unsecured | 130.82 | 130.82 |
| 6. | Premier Bankcard | Unsecured | 47.91 | 47.91 |
| 7. | Balaban Furniture Ltd | Unsecured | 23.99 | 23.99 |
| 8. | Credit Acceptance Corp | Unsecured | 105.79 | 105.79 |
| 9. | Nationwide Acceptance Corp | Unsecured | 471.71 | 471.71 |
| 10. | Guaranty Bank | Unsecured | | No Claim Filed |
| 11. | Household Bank FSB | Unsecured | | No Claim Filed |
| 12. | National Quick Cash | Unsecured | | No Claim Filed |
| 13. | Kmart Corp | Unsecured | | No Claim Filed |
| 14. | Monterey Financial Services | Unsecured | | No Claim Filed |
| 15. | Tucker, Pavesich & Assoc Ltd | Unsecured | | No Claim Filed |
| 16. | Illinois Dept Of Employment Sec | Unsecured | | No Claim Filed |
| 17. | Audit Systems | Unsecured | | No Claim Filed |
| 18. | Citibank | Unsecured | | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 11,410.17 | $ 11,410.17 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dodd, Kimberly A

Printed: 02/24/09

Case Number:  05 B 07988

Judge:  Hollis, Pamela S

Filed:  3/7/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|-----------:|
| 4% | 25.41 |
| 3% | 27.50 |
| 5.5% | 135.93 |
| 5% | 45.83 |
| 4.8% | 81.11 |
| 5.4% | 166.14 |
| 6.5% | 97.67 |
| 6.6% | 55.14 |
| | $ 634.73 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

